[No. 45642-7-II. Division Two. April 14, 2015.]

MARK A. VELASCO ET AL., *Appellants*, v. DISCOVER MORTGAGE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-2-00405-6, James W. Lawler, J., entered November 15, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Maxa, J., concurred in by Lee and Melnick, JJ.

[No. 45735-1-II. Division Two. April 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW MITTELSTAEDT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03115-2, John A. McCarthy, J., entered December 20, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 45793-8-II. Division Two. April 14, 2015.]

NATHAN M. COOPER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-03779-9, David E. Gregerson, J., entered December 20, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Sutton, J. Now published at 188 Wn. App. 641.

[No. 31520-7-III. Division Three. April 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW HIBBARD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-00896-9, Vic L. VanderSchoor, J., entered March 8, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.